George Boyack Brunt,
California Bar #75098
6009 W Parker Road,
Suite 149
MS 301
Plano, TX 75093

Attorney for Defendant, Kenneth L. Kenitzer

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH KENITZER,<br><br>　　　　　Defendant | ) **Case No.: CR No. S-09-459 GEB**<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER CONTINUING SENTENCING**<br>) **AND MODIFYING DISCLOSURE**<br>) **SCHEDULE**<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jean Hobler, counsel for Plaintiff, and George Boyack Brunt, counsel for Defendant, that the above case be dropped from this Court's November 18, 2011 calendar and that it be continued until February 24, 2012 at 9:00 a.m., and that the following schedule for disclosure of the Presentence Report and Objections, if any, thereto be adopted:

| | |
|---|---|
| Preliminary Presentence Report due | January 13, 2012 |
| Informal Objections due | January 27, 2012 |
| Final Presentence Report due | February  3, 2012 |
| Motions to Correct Presentence Report due | February 17, 2012 |
| Sentencing Date | February 24, 2012 |

STIPULATION AND PROPOSED ORDER - 1

This continuance is sought in order to permit further review of forensic evidence in aid of additional defense objections to the presentence report and to allow for further cooperation in a related case. The Speedy Trial Act is not implicated by this post-plea continuance.

Dated: October 12, 2011

_____
George Boyack Brunt, Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated October 13, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge