BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00459 GEB |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE RE SENTENCING OF KENNETH KENITZER** |
| v. | |
| KENNETH KENITZER, | DATE: May 24, 2013<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Honorable Garland E. Burrell |

## **STIPULATION**

On February 12, 2010, Kenneth Kenitzer pled guilty to an information filed on December 28, 2009, charging him with conduct related to the Ponzi scheme orchestrated by Anthony Vassallo. Vassallo is charged in the case <u>United States v. Anthony Vassallo</u>, Case No. 2:09-CR-00179 GEB. Mr. Kenitzer is cooperating against Mr. Vassallo. As Mr. Vassallo's sentencing has moved until June 21, 2013, the parties request that the status conference concerning Mr. Kenitzer's sentencing be continued

///

///

///

///

///

from May 24, 2013, to June 21, 2013.

Dated: May 22, 2013				Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

					By:	*/s/   Lee S. Bickley*
						JEAN M. HOBLER
						LEE S. BICKLEY

Dated: May 22, 2013				*/s/   Lee S. Bickley* for George Brunt
						George Brunt
						Counsel for Kenneth Kenitzer

## **ORDER**

The parties' stipulation is adopted and therefore the status conference concerning Mr. Kenitzer's judgment and sentencing is continued from May 24, 2013, to June 21, 2013.

**Date: 5/23/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge